UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID L. WILLIAMS, JR., derivatively on behalf of OCEAN'S PROMISE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EBX ENTERPRISES, LLC and ELIJAH W. BLAND, <br><br> Defendants, <br><br> and <br><br> EBX ENTERPRISES, LLC, on its own behalf and derivatively on behalf of OCEAN'S PROMISE, INC., and ELIJAH W. BLAND, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> DAVID L. WILLIAMS, JR., SEA MOSS LABS, LLC, OCEAN'S GARDEN LLC, and OCEAN'S GARDEN GEL LLC, <br><br> Counterclaim-Defendants. | CASE NO. 1:21-cv-00353-JMS-MKK |

## FINAL JUDGEMENT

Consistent with the Court's order of January 29, 2024 [169], granting the Plaintiff's Motion to Enforce Settlement Agreement, as well as the Court's Entry of this date [176], the Court, pursuant to F.R.C.P. 58(b), enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against all Defendants, in the amount of $275,000.00.  IT IS FURTHER

ORDERED that post-judgment interest shall accrue pursuant to 28 U.S.C. § 1961, on any unpaid amounts due after entry of Final Judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

SO ORDERED.

Date: 3/7/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

ELIJAH W. BLAND
650 E. Palisade Ave.
Suite 2-201
Englewood Cliffs, NJ 07632

ELIJAH W. BLAND
650 E. Palisade Ave.
Suite 2-201
Englewood Cliffs, NJ 07632

Jason D. May
jason.may@jasonmaylaw.com

Edward D. Thomas
JASON MAY LAW
ethomas@jasonmaylaw.com