UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID L. WILLIAMS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-00353-JMS-MKK |
| | ) |
| EBX ENTERPRISES, LLC, and ELIJAH W. BLAND, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

COMES NOW Edward D. Thomas of Jason May Law, pursuant to S.D. Ind. L.R. 83-7(b), and respectfully requests to withdrawal his appearance on behalf of Plaintiff, David L. Williams, Jr. Attorney, Jason D. May, of Jason May Law will continue to represent the above-referenced Plaintiff in this matter.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this *Notice of Withdrawal of Appearance* in the above-captioned matter, and for all other relief just and proper in the premises.

Respectfully Submitted,

JASON MAY LAW

 /s/ Edward D. Thomas
Jason D. May, #27434-49
Edward D. Thomas, #29080-49
9201 N. Meridian Street, Suite 220
Indianapolis, Indiana 46260
(317) 218-3859
jason.may@jasonmaylaw.com
ethomas@jasonmaylaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 23, 2024, the foregoing was filed electronically and served upon the Defendants via regular mail at the address below. Service of this filing was made on all ECF-registered counsel by operation of Court's electronic filing system. Parties may access the filing through the Court's system.

Elijah W. Bland
EBX Enterprises, LLC
650 E. Palisade Avenue
Suite 2-201
Englewood Cliffs, NJ 07632

                                                      /s/ Edward D. Thomas
                                                    Edward D. Thomas